# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SPARKS, SAM | DISTRICT COURTS--Texas Western | 5/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE ARTICLE III JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
501 W. Fifth Street, Suite 4120
Austin, Texas 78701-3822

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condominium (20%) ▓▓▓▓ ▓▓ (Y) | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS (H) | | | | | | | | | |
| 4. American Bank of Commerce | A | Interest | N | T | | | | | |
| 5. Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 6. ML Bank Deposit Program (formerly BIF Tax-exempt Fund ) | C | Dividend | O | T | | | | | |
| 7. Frost Bank | A | Interest | N | T | | | | | |
| 8. | | | | | | | | | |
| 9. STOCKS (H) | | | | | | | | | |
| 10. AIPS Alerian MLP ETF | B | Dividend | L | T | Buy | 11/06/17 | L | | |
| 11. California Resource | A | Dividend | J | T | | | | | |
| 12. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 13. Excelon Corporation | C | Dividend | | | Sold | 11/06/17 | M | D | |
| 14. Royal Dutch Shell PLC | E | Dividend | N | T | | | | | |
| 15. Goldman Sachs FTF 5.5% Preferred | C | Dividend | | | Sold | 04/06/17 | M | D | |
| 16. Goldman Sachs FR Preferred | B | Dividend | | | Sold | 04/06/17 | M | D | |
| 17. Morgan Stanley New Money Series A FLT Preferred | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Seadrill Limited SHS | A | Dividend | | | Sold | 03/29/17 | J | A | |
| 19. Powershares Variable Rte Poreferred ETF | D | Dividend | M | T | Buy (add'l) | 02/15/17 | M | | |
| 20. Vaneck Vectors Preferred Securities Ex. Financials | A | Dividend | L | T | Buy | 11/06/17 | M | | |
| 21. Wells Fargo FTF 5.85% Preferred | B | Dividend | | | Sold | 04/06/17 | M | A | |
| 22. | | | | | | | | | |
| 23. BONDS (H) | | | | | | | | | |
| 24. Abilene TX CTFS | A | Interest | L | T | | | | | |
| 25. Austin TX LTD GO | A | Interest | L | T | | | | | |
| 26. Beaumont TX ISD | A | Interest | L | T | | | | | |
| 27. Cypress-Fairbanks TX ISD | A | Interest | K | T | | | | | |
| 28. Dallas Cnty Tx Comnty College | A | Interest | K | T | | | | | |
| 29. Dallas TX GO BDS 2007 | A | Interest | | | Redeemed | 02/15/17 | K | A | |
| 30. Dallas TX ISD | A | Interest | K | T | | | | | |
| 31. Ft. Worth TX ISD | A | Interest | K | T | | | | | |
| 32. Frisco TX ISD GO | A | Interest | | | Redeemed | 08/15/17 | K | A | |
| 33. Granbury TX ISD | A | Interest | L | T | | | | | |
| 34. Harris Cnty TX G/O RFDG | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Houston TX RFDG Pub Impt | A | Interest | L | T | | | | | |
| 36. Humble TX ISD | A | Interest | K | T | | | | | |
| 37. Jacksonville TX ISD | A | Interest | L | T | | | | | |
| 38. La Joya TX ISD | A | Interest | J | T | | | | | |
| 39. La Joya TX ISD | A | Interest | L | T | | | | | |
| 40. Lubbock TX CTFS | A | Interest | L | T | | | | | |
| 41. New Braunfels TX Util Rev | A | Interest | | | Redeemed | 07/03/17 | K | A | |
| 42. Northwest TX ISD GO | A | Interest | K | T | | | | | |
| 43. Pearland ISD GO | A | Interest | K | T | | | | | |
| 44. Plano TX GO BDS | A | Interest | L | T | | | | | |
| 45. Richardson TX ISD | A | Interest | J | T | | | | | |
| 46. SOCORRO Tex ISD G/O | A | Interest | K | T | | | | | |
| 47. Splendora TX ISD | A | Interest | | | Redeemed | 02/15/17 | K | A | |
| 48. UT Austin Rev. | B | Interest | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. MERRILL LYNCH IRA (H) | | | | | | | | | |
| 51. ALPS Alerian MLPETF | D | Dividend | M | T | Buy | 04/19/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Balance | E | Dividend | P1 | T | | | | | |
| 53. Bristol Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 54. Chevron-Texaco Corp. | D | Dividend | N | T | | | | | |
| 55. DTE Energy PFD | C | Dividend | L | T | | | | | |
| 56. Entergy Arkansas PFD | C | Dividend | L | T | | | | | |
| 57. Entergy LA PFD | C | Dividend | L | T | | | | | |
| 58. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 59. Genitope Corp. | | None | | | Sold | 04/05/17 | J | A | |
| 60. Goldman Sachs PFD | B | Dividend | | | Sold | 04/06/17 | M | D | |
| 61. Goldman Sachs FLT Perpetual | B | Dividend | | | Sold | 04/06/17 | M | D | |
| 62. Halliburton | B | Dividend | L | T | | | | | |
| 63. IShares 7-10 ETF | D | Dividend | N | T | | | | | |
| 64. IShares 20+ Year Treasury Bond ETF | B | Dividend | M | T | Buy | 04/19/17 | M | | |
| 65. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 66. Meg Energy | | None | | | Sold | 03/29/17 | J | A | |
| 67. Morgan Stanley PFD | C | Dividend | L | T | | | | | |
| 68. Nextera Energy PFD | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Powershares Variable RAT Preferred Portfolio | C | Dividend | M | T | Buy | 04/06/17 | M | | |
| 70. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 71. Royal Dutch Shell PLC | D | Dividend | M | T | | | | | |
| 72. SCE Trust PFD | B | Dividend | | | Redeemed | 07/19/17 | L | A | |
| 73. SCE Trust II PDFSTK 05.100% Jan. 1 2049 | C | Dividend | L | T | Buy | 07/21/17 | M | | |
| 74. Spanish Broadcasting, Inc. | | None | | | Sold | 03/29/17 | J | A | |
| 75. Steris Corp. | B | Dividend | L | T | | | | | |
| 76. Wells Fargo Co. PFD | B | Dividend | | | Sold | 04/06/17 | M | D | |
| 77. Bank of America, NA (formerly FIA Card SVS NA) | A | Interest | L | T | | | | | |
| 78. | | | | | | | | | |
| 79. MISCELLANEOUS (H) | | | | | | | | | |
| 80. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 81. | | | | | | | | | |
| 82. SPOUSE - SEPARATE PROPERTY (H) | | | | | | | | | |
| 83. EDWARD JONES -- (H) | | | | | | | | | |
| 84. Am Fund Co. Class A Capital Income Builder Fund | B | Dividend | M | T | | | | | |
| 85. Am Fund Co. Class A Growth Fund of Am. | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pacific Life Fund Optimization Conservative Class A | B | Dividend | M | T | | | | | |
| 87. | | | | | | | | | |
| 88. BENIFICIARY-CB&T Trustee IRA of Spouse's Dec'd Parent | C | Distribution | L | T | | | | | |
| 89. American Mutual Fund Inc Class A | A | Dividend | K | T | | | | | |
| 90. Bond Fund of American Inc Class A | A | Dividend | K | T | | | | | |
| 91. Capital World Growth & Income Class A | A | Dividend | K | T | | | | | |
| 92. Annuity American General Polaris II Variable Annuity--B Share | A | Dividend | L | T | | | | | |
| 93. | | | | | | | | | |
| 94. IRA-EDWARD JONES CUSTODIAN (H) | | | | | | | | | |
| 95. John Hancock Lifestyle Growth | A | Dividend | L | T | | | | | |
| 96. STOCKS (H) | | | | | | | | | |
| 97. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 98. Lamb Weston Holding, spin-off of Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 99. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 100. Chevron Corp. | A | Dividend | J | T | | | | | |
| 101. | | | | | | | | | |
| 102. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Property - Brewster Co, TX | | None | J | W | | | | | |
| 104.  Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 105.  Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ SAM SPARKS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544